Dinita L. James    SBN 025253
**GONZALEZ SAGGIO & HARLAN LLP**
2999 North 44th Street, Suite 130
Phoenix, AZ 85018-7281

Telephone:   602-840-3301
Facsimile:    602-297-6688

E-mail:  dinita_james@gshllp.com

*Attorneys for Defendant ABW Legacy Corp., Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **MICHAEL WAGNER**, | NO. |
| Plaintiff, | |
| v. | |
| **ABW LEGACY CORP., INC.,** formerly known as **AUTO BODY WORLD, INC.**; **SERVICE KING LLC**; and Does 1-10, inclusive, | **NOTICE OF REMOVAL** |
| Defendants. | |

Defendant ABW Legacy Corp., Inc. ("ABW"), by and through its attorneys, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, files this Notice of Removal with respect to the above-captioned case, which was filed and currently is pending in the Superior Court of Arizona in and for Maricopa County, Civil Action No. CV 2013-093527. In support of its Notice of Removal, Defendant states as follows:

**I.    BACKGROUND AND TIMELINESS**

1.    On or about September 30, 2013, Plaintiff filed his Amended Complaint in the Superior Court of Arizona in and for Maricopa County, titled *Michael Wagner v. ABW*

*Legacy Corp., Inc., formerly known as Auto Body World, Inc.; Service King LLC; and Does 1-10, inclusive,* Civil Action No. CV 2013-093527.

2. Plaintiff personally served ABW on October 3, 2013.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on ABW are attached hereto as Exhibit A.

3. Pursuant to L. R. Civ. 3.7(b), the undersigned hereby verifies that Exhibits B-K contain true and complete copies of all pleadings and other documents filed in the state court proceeding that are not included within Exhibit A.

4. In addition to ABW, the Amended Complaint identifies Service King LLC ("Service King") as a Defendant to this action.  (Am. Compl., ¶ 3.)   The undersigned is advised that Plaintiff attempted to serve Service King by Certified Mail to Service King Paint & Body, LLC, to Service King Paint & Body Inc. as John Doe 1, and to Service King Paint & Body LP as John Doe 2 on or about October 15, 2013 and that Service King is likely to consent to removal of this case if it is not dismissed voluntarily by Plaintiff.

5. The identities of the fictitious Does III-X are unknown and, upon removal, should be removed as parties because the Federal Rules of Civil Procedure do not provide for the use of fictitious parties.  *Hulstedt v. City of Scottsdale*, 2011 U.S. Dist. LEXIS 36942, at *8 n.2 (D. Ariz. Mar. 28, 2011) (citing *Wenzel v. Arpaio*, 2009 U.S. Dist. LEXIS 118019, at *6 (D. Ariz. 2009) ("Generally, the use of anonymous type appellations to identify defendants is not favored.  Rule 10(a) of the Federal Rules of Civil Procedure requires the plaintiff to include the names of the parties in the action.").

6. Plaintiff's Amended Complaint includes three remaining counts, numbered nonsequentially:

    a. Count II (A.R.S. § 23-1501(A)(3)(c)(iii) (Arizona Employment Protection Act)): Wrongful termination in retaliation for exercise of workers' compensation rights  (Am. Compl., ¶¶ 9-25.);

   b. Count IV (29 U.S.C § 206 (Fair Labor Standards Act ("FLSA"))): Failure to pay overtime wage, minimum wage, and other violations of the FLSA (Am. Compl., ¶¶ 26-44.);

   c. Count V (A.R.S. § 23-351 (Arizona Minimum Wage Act)): Failure to pay overtime wage and minimum wage under Arizona law. (Am. Compl., ¶¶ 45-51.)

## II. REMOVAL IS APPROPRIATE BECAUSE THIS COURT HAS FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION.

7. This action is properly removable to federal court because the Amended Complaint presents a federal question pursuant to 28 U.S.C. § 1331 inasmuch as Plaintiff alleges a violation of the FLSA.

8. Removal is therefore appropriate pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

9. This Court has supplemental jurisdiction over the state law claims, including Count II under A.R.S. § 23-1501(A)(3)(c)(iii).  28 U.S.C. § 1367; *Gonzales v. City of Mesa*, 779 F. Supp. 1050, 1053 (D. Ariz. 1991) (holding that 28 U.S.C. § 1445(c) does not bar removal of claims for retaliation based on exercise of workers' compensation rights because such claims do not arise under Arizona's workers' compensation scheme).

## III. ABW'S REMOVAL PAPERS ARE TIMELY FILED AND ABW EXPECTS SERVICE KING TO CONSENT IF IT IS NOT DISMISSED VOLUNTARILY

10. ABW's Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it has been submitted within thirty (30) days of ABW's being served with the Amended Complaint.

11. Removal is also proper under 28 U.S.C. § 1446(b)(2)(A) because Service King, the only other named defendant, has advised the undersigned that it is likely to consent to removal within thirty (30) days of service if it is not dismissed voluntarily in the meantime.

12. Written notice of the filing of this Notice of Removal has been given to Plaintiff together with a copy of the Notice of Removal, and has been filed with the Clerk of the Superior Court of Arizona in and for Maricopa County, as required by 28 U.S.C. § 1446(d), and is attached hereto as Exhibit L.

13. ABW submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages he seeks may be properly sought).

**DATED** this 1st day of November, 2013.

**GONZALEZ SAGGIO & HARLAN LLP**

By s/ *Dinita L. James*
Dinita L. James
***Attorneys for Defendant ABW Legacy Corp., Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and additionally furnished a copy of the same by U.S. First Class Mail Delivery to the following:

>Daniel Bonnett
>Mark A. Bracken
>**MARTIN & BONNETT, PLLC**
>1850 North Central Avenue, Suite 2010
>Phoenix, AZ  85004
>*Attorneys for Plaintiff*
>
>John S. Williamson, III
>**WILLIAMSON LAW GROUP**
>Xerox Centre
>1851 East 1st Street, Suite 1225
>Santa Ana, CA  92705
>*Co-Counsel for Plaintiff – Pro Hac Vice Pending in Superior Court*

I also furnished a courtesy copy of the attached document by U.S. First Class Mail Delivery to:

>Mark S. Scudder
>**STRASBURGER & PRICE, LLP**
>901 Main Street, Suite 4400
>Dallas, TX  75202-3794
>*Non-Resident Counsel for Service King*

s/ *Honi A. Baken*
Honi A. Baken