# INDEX OF EXHIBITS
# TO NOTICE OF REMOVAL

**EXHIBIT A**:  Copies of all process, pleadings and orders served on ABW (pursuant to 28 U.S.C. § 1446(a)), including:

- Summons issued 10/1/13
- Amended Complaint with Demand for Jury Trial filed 9/30/13

**EXHIBIT B**:  Complaint with Demand for Jury Trial filed 6/25/13

**EXHIBIT C**:  Certificate of Compulsory Arbitration filed 6/25/13

**EXHIBIT D**:  Civil Cover Sheet filed 6/25/13 (Pro Per Plaintiff)

**EXHIBIT E**:  Entry of Appearance by counsel for Plaintiff (Daniel L. Bonnett) filed 9/30/13

**EXHIBIT F**:  Minute Entry from Court Administration "Notice of Intent to Dismiss for Lack of Service" issued 9/28/13

**EXHIBIT G**:  Endorsee Party Listing of the Superior Court Integrated Court Information System for Pro Per Plaintiff Michael Wagner

**EXHIBIT H**:  Affidavit of Service of Process on Douglas K. Cook as Statutory Agent for ABW Legacy Corp., Inc. dated 10/3/13

**EXHIBIT I**:  Motion to Associate Counsel Pro Hac Vice filed 10/17/13 by Martin & Bonnett, PLLC, regarding John S. Williamson, III

**EXHIBIT J**:  Motion to Associate Counsel Pro Hac Vice filed 10/18/13 by Martin & Bonnett, PLLC, regarding John S. Williamson, III

**EXHIBIT K**:  Affidavit of Service by Certified Mail, Return Receipt filed 10/23/13

**EXHIBIT L**:  Notice to State Court of Filing of Removal to Federal Court