**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Wagner, | No. CV-13-02245-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| ABW Legacy Corporation Incorporated, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation for Dismissal with Prejudice (Doc. 101), and good cause appearing,

IT IS ORDERED granting the Stipulation for Dismissal with Prejudice (Doc. 101).

IT IS FURTHER ORDERED dismissing with prejudice all claims brought and all related claims that could have been brought by Plaintiff, Michael Wagner, against Defendants, and each party will pay their own costs and fees except as otherwise expressly agreed in writing by the parties.

IT IS FURTHER ORDERED vacating Final Pretrial Conference set on June 6, 2016.

IT IS FURTHER ORDERED denying Plaintiff's Motion in Limine (Doc. 99) as moot.

Dated this 16th day of May, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge